377 A.2d 197

Ryan v. Ryan, Appellant.

Argued September 8, 1975. Samuel T. Swansen, for appellant; Herbert L. Olivieri, with him Robinson, Greenberg & Lipman, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.